No. 166. PENNSYLVANIA LABOR RELATIONS BOARD v. NAPOLI, DOING BUSINESS AS SEVEN-UP BOTTLING CO. Supreme Court of Pennsylvania. Certiorari denied. *Anne X. Alpern,* Attorney General of Pennsylvania, *Herbert N. Shenkin* and *Harry J. Rubin,* Deputy Attorneys General, for petitioner. *Jack J. Rosenberg* and *David E. Feller* for respondent.

No. 169. DIATOMITE CORPORATION OF AMERICA v. LEHIGH PORTLAND CEMENT CO. C. A. 5th Cir. Certiorari denied. *Walter Humkey* for petitioner. *Harry H. Mitchell* and *George F. Gilleland* for respondent.

No. 172. DUPREE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *William J. Woolston* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade.* and *John G. Laughlin, Jr.* for the United States.

No. 173. LITTLE v. MISSOURI PACIFIC RAILROAD CO. Court of Civil Appeals of Texas, First Supreme Judicial District. Certiorari denied. *Albert P. Jones* for petitioner. *Howard S. Hoover* for respondent.

No. 175. BEACON FEDERAL SAVINGS & LOAN ASSN. v. FEDERAL HOME LOAN BANK BOARD. C. A. 7th Cir. Certiorari denied. *Horace Russell* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.